| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | RYAN T. BRICKER (State Bar No. 269100) |
| | GIA L. CINCONE (State Bar No. 141668) |
| 3 | Two Embarcadero Center, Suite 1900 |
| | San Francisco, California  94111 |
| 4 | Telephone:  (415) 576-0200 |
| | Facsimile:   (415) 576-0300 |
| 5 | E-Mail:       ggilchrist@kilpatricktownsend.com |
| | rbricker@kilpatricktownsend.com |
| 6 | gcincone@kilpatricktownsend.com |
| 7 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 8 | MEGAN O'NEILL (State Bar No. 220147) |
| | WILLENKEN WILSON LOH & DELGADO LLP |
| 9 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California  94111 |
| 10 | Telephone:  (415) 830-5740 |
| | Facsimile:   (213) 955-9250 |
| 11 | E-Mail:       moneill@willenken.com |
| 12 | JEFFREY A. LINDENBAUM (Admitted *Pro Hac Vice*) |
| | COLLEN IP |
| 13 | 80 South Highland Avenue |
| | Ossining, New York  10562 |
| 14 | Telephone:  (914) 941-5668 |
| | Facsimile:   (914) 941-6091 |
| 15 | E-Mail:       jlindenbaum@collenip.com |
| 16 | Attorneys for Defendant |
| | YVES SAINT LAURENT AMERICA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., a Delaware corporation, | Case No. 3:18-cv-06977-JSC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| YVES SAINT LAURENT AMERICA, INC. a New York corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | Complaint filed November 16, 2018 |
| | Judge:  Honorable Jacqueline Scott Corley |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in light of a settlement of all matters in controversy between Plaintiff and Counter-Defendant Levi Strauss & Co. ("LS&Co.") and Defendant and Counterclaimant Yves Saint Laurent America, Inc. ("YSL"), LS&Co. and YSL hereby jointly stipulate to dismissal without prejudice of (i) all claims in this action asserted by LS&Co. against YSL and (ii) all counterclaims in this action asserted by YSL against LS&Co. and thereby move for an order dismissing this action, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 5, 2019

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____/s/ *Ryan T. Bricker*_____
Ryan T. Bricker

Attorneys for Plaintiff and Counter-Defendant
LEVI STRAUSS & CO.

Dated: August 5, 2019

COLLEN IP

By: _____/s/ *Jeffrey A. Lindenbaum*_____
Jeffrey A. Lidenbaum

Attorneys for Defendant and Counterclaimant
YVES SAINT LAURENT AMERICA, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

_____/s/ *Ryan T. Bricker*_____
Ryan T. Bricker

/ / /

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Jacqueline Scott Corley
United States District Judge

72203069V.1 | 1111282